1

2

3

4

5

6                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
                                    AT SEATTLE
7

8    HOLLIS BLOCKMAN,

9                          Plaintiff,              Case No. C23-5259 RSM

10          v.                                     **ORDER GRANTING
                                                   APPLICATION TO PROCEED IN
     COMMISSIONER OF SOCIAL SECURITY,              FORMA PAUPERIS**
11

                           Defendant.
12

13          The Court **GRANTS** Plaintiff's amended *in forma pauperis* application, Dkt. 3, and

14   **ORDERS:**

15          1.  The Supplemental Social Security Rules of the Federal Rules of Civil Procedure

16   provide that because Plaintiff has electronically filed a complaint seeking review under 42

17   U.S.C. § 405(g), Plaintiff need not serve a summons and a complaint, or file notice of service.

18   The Clerk shall notify Defendant this action has commenced by transmitting a Notice of

19   Electronic Filing to the Social Security Administration's Office of General Counsel and to the

20   United States Attorney of the Western District of Washington.

21   ///

22   ///

23   ///

     ///

     ///

     ORDER GRANTING APPLICATION TO
     PROCEED IN FORMA PAUPERIS - 1

1    2.  Defendant shall file a certified copy of the Administrative Record and any affirmative

2   defenses within 60 days of the date of this order.

3        DATED this 4th day of April, 2023.

4

5

6   Ricardo S. Martinez
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2