UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HOLLIS BLOCKMAN,

                Plaintiff,

      v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C23-5259 RSM

**ORDER AMENDING
SCHEDULING ORDER**

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including September 13, 2023, to file a response to Plaintiff's Opening Brief; and

- Plaintiff shall have up to and including September 27, 2023, to file the optional Reply Brief.

    DATED this 31st day of July, 2023.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING SCHEDULING ORDER - 1